JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carlos Vila,<br><br>            Plaintiff,<br><br>v.<br><br>Jordan Road, LLC,<br><br>            Defendant. | Case No. 2:24-cv-04901-AB-MAA<br><br>**ORDER DISMISSING CIVIL ACTION** |

Having read and considered the Stipulated Notice of Voluntary Dismissal, the Court hereby **ORDERS** that this action is **DISMISSED WITH PREJUDICE** in its entirety, with each party bearing his or its own costs, expenses, and attorneys' fees incurred in the prosecution or defense of their respective claims and defenses.

**IT IS SO ORDERED.**

Dated: November 1, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.